# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2011

142875

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BENJAMIN CURTIS WALBURG,
    Defendant-Appellant.

SC: 142875
COA: 295497
Ottawa CC: 09-033711-FH

_____/

On order of the Court, the application for leave to appeal the February 10, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Kolanek* (Docket Nos. 142695, 142712) and *People v King* (Docket No. 142850), are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

We invite Scholten Fant, P.C. (Bradford W. Springer) to file a brief amicus curiae in *Kolanek*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011

_____
Clerk

y0615